Submitted on record and brief November 4, reversed December 21, 2005

In the Matter of Gregory Jarred,
Alleged to be a Mentally Ill Person.

STATE OF OREGON,
*Respondent,*

*v.*

GREGORY JARRED,
*Appellant.*

0505-65584; A128912

124 P3d 1281

Daniel J. Casey filed the brief for appellant.

Hardy Myers, Attorney General, and Mary H. Williams, Solicitor General, and Anna M. Joyce, Assistant Attorney General, filed the brief for respondent.

Before Edmonds, Presiding Judge, and Linder and Wollheim, Judges.

PER CURIAM

## PER CURIAM

Appellant appeals a judgment committing him as a mentally ill person for a period not to exceed 180 days. Appellant argues that the record does not establish by clear and convincing evidence that he meets the statutory definition of a "mentally ill person"—on the grounds that he is dangerous to himself or others—under ORS 426.005(1)(d). The state concedes that point and submits that the judgment should be reversed. Upon *de novo* review of the record, we accept the state's concession and reverse.

Reversed.